# Order

Michigan Supreme Court
Lansing, Michigan

April 28, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

136411-12
BEHNKE, INC., MARTIN TRANSPORT
SYSTEMS, INC., and SERCOMBE
TRUCKING, INC.,
        Plaintiffs-Appellees,
v

SC: 136411
COA: 272010
Ingham CC: 04-001252-CZ

STATE OF MICHIGAN and MICHIGAN
STATE POLICE MOTOR CARRIER DIVISION,
        Defendants-Appellants.
_____/

VAN'S DELIVERY SERVICE, INC., VAN
EERDEN TRUCKING COMPANY, INC.,
MODULAR TRANSPORTATION CO., KUPERUS
TRUCKING, INC., FOREWAY TRANSPORTATION,
INC., GRAND TRAVERSE TRUCKING, INC.,
DEECO TRANSPORTATION, INC., DAVIS
CARTAGE COMPANY, RYAN TRANSPORTATION,
INC., AUTO EXPEDITING, INC., SALTER OIL
COMPANY, INC., ALCO TRANSPORTATION,
INC., KOLEASECO, INC., ROMEO EXPEDITORS,
INC., TRAILER EXPRESS, INC., HOLLAND
TRAILER LEASING, INC., PACE TRAILER SALES
AND SERVICES, BAY SHIPPERS, LLC, and
MASON COUNTY FRUIT PACKERS CO-OP, INC.,
        Plaintiffs-Appellees,
and
GORDON FOOD SERVICE, INC.,
        Intervening Plaintiff-Appellee,
v

SC: 136412
COA: 272011
Ingham CC: 04-008261-AW

ATTORNEY GENERAL, SECRETARY OF
STATE, MICHIGAN HIGHWAY RECIPROCITY
BOARD, and STATE POLICE MOTOR
CARRIER DIVISION,
        Defendants-Appellants.
_____/

On order of the Court, the application for leave to appeal the February 21, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2009

_____
Clerk

d0420